certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Fred L. Chappell* for petitioner. *Mr. Hans Von Briesen* for respondents.

---

No. 814. NORFOLK SOUTHERN RAILROAD COMPANY *v.* FURNEY KING. March 3, 1919. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. Robert N. Simms* and *Mr. W. B. Rodman* for petitioner. No appearance for respondent.

---

No. 821. E. I. DU PONT DE NEMOURS & COMPANY *v.* GEORGE C. BRISCO. March 3, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Gordon Bohannan* for petitioner. *Mr. David H. Leake* for respondent.

---

No. 658. ED C. LASATER *v.* MAGNOLIA PETROLEUM COMPANY ET AL. March 3, 1919. Petition for a writ of certiorari to the Court of Civil Appeals for the Fourth Supreme Judicial District of the State of Texas denied. *Mr. W. E. Pope* for petitioner. *Mr. Barry Mohun* for respondents.

---

No. 812. ATLANTA NATIONAL BANK *v.* WILLIAM A. FULLER, TRUSTEE, ETC. March 3, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jack J. Spalding* for petitioner. *Mr. Luther Z. Rosser* for respondent.